UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL AND BRIDGE PAINTERS OF GREATER NEW YORK EMPLOYEE TRUST FUNDS, *et al.*,

Petitioners,

-v-

UNITED BRIDGE CONSTRUCTION,

Respondent.

---------------------------------------------------------------------X

26 Civ. 5688 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, District Judge:

On July 6, 2026, Petitioners filed a Petition to confirm an arbitration award. Dkt. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their Petition to confirm by August 28, 2026. Respondent's opposition, if any, is due on September 25, 2026. Petitioners' reply, if any, is due October 9, 2026.

Petitioners shall serve the Petition and all supporting papers, as well as this Order, upon Respondent electronically and by overnight mail no later than August 28, 2026, and shall file an affidavit of such service with the Court no later than August 31, 2026.

SO ORDERED.

Dated: July 31, 2026
New York, New York

JOHN P. CRONAN
United States District Judge